UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DUANE DOUGLAS CRONISER, ) <br> ) <br> Appellant, ) <br> v. ) <br> ) <br> JOHN F. LOGAN, ) <br> ) <br> ) <br> Appellee. ) | **JUDGMENT** <br> **CASE NO. 5:22-CV-352-D** |

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court AFFIRMS the bankruptcy court's judgment.

**This Judgment Filed and Entered on June 12, 2023, and Copies To:**

Travis Philip Sasser          (via CM/ECF electronic notification)
Michael Brandon Burnett   (via CM/ECF electronic notification)
Stephen Troy Staley          (via CM/ECF electronic notification)

DATE                                              **PETER A. MOORE, JR., CLERK**

June 12, 2023                       By:      /s/ Stephanie Mann
                                                         Deputy Clerk